UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AVONDALE MILLS, INC., et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:07MC280 CDP |
| | ) |
| NORFOLK SOUTHERN CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER OF DISMISSAL

On May 29, 2007, plaintiffs filed a motion quash a subpoena duces tecum that required compliance on May 29, 2007. The Court has heard nothing further from the parties on this matter, and the time for complying with the subpoena expired long ago.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to quash subpoena duces tecum [#1] is denied as moot, and this case is dismissed.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of October, 2007.